# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

RUTTER & ROY, LLP
Christine A. Roy, Esq.
3 Paragon Way, Suite 300
Freehold, New Jersey 07728
Phone:  (732) 462-1990
Fax:     (732) 462-1993
E-Mail: CRoy@RutterRoy.com
Attorneys for Plaintiff, Transcontinental Gas Pipe Line Company, L.L.C.

| | |
|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, a limited liability company of the State of Delaware,<br><br>                               Plaintiff,<br>v.<br><br>TOWNSHIP OF CHESTERFIELD, et al.,<br><br>                               Defendants. | CIVIL ACTION<br>NO. 1:16-cv-5680 RBK-AMD<br><br><br><br>**STIPULATION OF DISMISSAL** |

This Court having entered an Order and Judgment (Doc. No. 33) granting Plaintiff's motion for summary judgment (Doc. No. 19) as to Plaintiff's request for declaratory relief, but denying Plaintiff's request for injunctive relief, and the Plaintiff not wishing to pursue its remaining claim for injunctive relief, the parties hereby stipulate and agree that this matter be and is hereby dismissed, without prejudice and without costs against any party.

RUTTER & ROY, LLP
Attorneys for Plaintiff, Transcontinental Gas Pipe Line Company, LLC

By:   *s/Christine A. Roy*                            Dated:  June 5, 2017
         CHRISTINE A. ROY

PARKER MCCAY P.A.,
Attorneys for Defendants, Township of Chesterfield, Township of Chesterfield Committee;
Glenn P. Mcmahon, and Glenn Riccardi

By:   *s/John C. Gillespie*                            Dated:  June 5, 2017
         JOHN C. GILLESPIE

So ORDERED this 5th day of June, 2017

[signature]
USDJ